*Benjamin Jencks et al. v. William H. Alexander et al.* S. STEVENS and G. LAWRENCE, for appellant; B. DAVIS NOXON, for respondents. Decree appealed from affirmed with costs, and proceedings remitted.